**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GARY SHANE HAVIN and | ) | Case no. 10-24027-ABC |
| KELLEY ANNE HAVIN, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**NOTICE OF FILING AMENDED CHAPTER 13 PLAN PRIOR TO HEARING ON CONFIRMATION AND DEADLINE FOR FILING OBJECTIONS THERETO**

**OBJECTION DEADLINE:    August 2, 2010    .**

YOU ARE HEREBY NOTIFIED that the debtor filed an amended chapter 13 plan on July 19, 2010, docket number 12. A copy of the amended chapter 13 plan is attached.

A hearing on confirmation has been set for **August 4, 2010** at **11:00 a.m.**. The hearing will be held at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom C, Fifth Floor, Denver, Colorado 80202.

If you wish to oppose confirmation of the amended chapter 13 plan you must file a written objection and request for a hearing with the court on or before the objection deadline stated above and serve a copy thereof on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless otherwise ordered, previously filed objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

If no objections are filed, the amended plan may be confirmed without a hearing, but only upon the debtor's filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

Please check the chambers' webpage of the judge to whom this case is assigned to determine whether you must appear in person at the hearing or may appear by telephone and the process for doing so.

Dated: July 27, 2010

                                                */s/ Robert J. Doig*
                                                Robert J. Doig, #27983
                                                Attorney for Debtors

                                            624 South Cascade Avenue
                                            Colorado Springs, CO 80903
                                            719 302-4252     Office
                                            719 466-2182     Fax
                                            rjdoig@comcast.net

_____

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan dated July 19, 2010, docket no. 12, and the Notice of Filing Amended Chapter 13 Plan Prior to Hearing on Confirmation and Deadline for Objections Thereto was served by placing the same in the United States Mail, first class postage pre-paid, this July 27, 2010 to the following:

Sally J. Zeman, Esq.
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

HSBC BANK NEVADA, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Sheldon R. Singer, Esq.
SINGER TARPLEY & JONES, P.A.
10484 Marty
Overland Park, KS 66212

                                            */s/ Robert J. Doig*
                                            Robert J. Doig